FILED

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0316

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## CASE No. DA 24-0316

| | |
|---|---|
| IN RE THE PARENTING OF T.R.L., a minor child, <br><br> **CASSIE NEZ PERCE**, <br><br>            Appellant/Petitioner, <br><br> v. <br><br> **BOB A. LUHMAN**, <br><br>            Appellee/Respondent. | **ORDER** |

Pursuant to Appellee's motion for extension to file the response brief, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee has until September 30, 2024, to file his response brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2024